IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


LEE O. COUNTS, SR.                                                              PLAINTIFF


v.                                    Case No. 6:24-cv-6011


DETECTIVE MARK FALLIS and
DETECTIVE LARRY PATRICK
(Both of Hot Springs Police Department)                            DEFENDANTS

## **ORDER**

Before the Court is the Report and Recommendation filed March 16, 2026, by the

Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.

ECF No. 36.  Judge Ford recommends that this case be dismissed without prejudice for failure to

comply with the Court's orders and failure to prosecute this case.

No party has filed objections to the Report and Recommendation, and the time to object

has passed.  *See* 28 U.S.C. § 636(b)(1).  Therefore, the Court adopts the Report and

Recommendation (ECF No. 36) *in toto*.  Accordingly, the Court finds that this case should be and

hereby is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 13th day of April, 2026.


/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge